# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140763

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICK LEE ASHBY,
      Defendant-Appellant.

SC: 140763
COA: 287848
Kalamazoo CC: 2007-001764-FC

_____/

      On order of the Court, the application for leave to appeal the January 19, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

p0719